

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00673-CV

**BITTERROOT HOLDINGS, LLC**,
Appellant

v.

**HB PROPERTIES I, LLC**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01352
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is **AFFIRMED**. Appellee's cross-appeal is **DISMISSED AS MOOT**. We **ORDER** that appellee be awarded the costs it incurred related to this appeal. *See* TEX. R. APP. P. 43.4.

SIGNED December 27, 2018.

Luz Elena D. Chapa, Justice